TRI STATE INSURANCE COMPANY
OF LUVERNE, Minnesota,
Appellant,

v.

LINDSAY BROS. COMPANY,
Defendant,

Delux Manufacturing
Company, Respondent.

No. C5–84–1718.

Supreme Court of Minnesota.

June 24, 1985.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition for further *review* be, and the same is, *granted* and all consideration of the matter stayed pending this court's disposition of *S.J. Groves & Sons, Co. v. Aerospatiale Helicopter Corp.*, C8–85–136, now pending. No briefing shall occur and no other action is required of counsel until further order of this court.